# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2556

_____

|  |  |  |
|---|---|---|
| Gerry C. DuBose, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Gerald Ladwig, individually and as an | * | |
| agent of Minnesota State Patrol; | * | [UNPUBLISHED] |
| Cardinal Towing, individually and as a | * | |
| business associate of Minnesota State | * | |
| Patrol; Minnesota State Patrol, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 6, 2004

Filed: February 17, 2004

_____

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Gerry C. DuBose appeals the district court's[1] adverse grant of summary judgment and the court's subsequent refusal to reconsider its decision. Upon *de novo*

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.

review, see Dennen v. City of Duluth, 350 F.3d 786, 790 (8th Cir. 2003), we find DuBose's arguments lack merit, and we conclude the district court properly granted summary judgment in favor of the defendants. We also conclude that the district court did not abuse its discretion in declining to reconsider the grant of summary judgment. Accordingly, we affirm. See 8th Cir. R. 47B.

_____